# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Iuliia Iusipova,

      Petitioner,

v.

David R Rivas, et al.,

      Respondents.

No. CV-26-01129-PHX-AMM

**ORDER**

On April 8, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending this Court grant in part and deny in part Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Doc. 13.) Judge Bachus notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 14.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28

U.S.C. § 636(b)(1).

The Court has reviewed Judge Bachus's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 13.)

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **GRANTED IN PART** and **DENIED IN PART**. (Doc. 1.) Petitioner's request for a bond hearing is **GRANTED**. Within **thirty (30) days** of the date of this Order, Petitioner **SHALL** be afforded a bond hearing before a neutral adjudicator at which the government must bear the burden of showing that Petitioner should not be released on bond because she is a flight risk or a danger to the community. All other forms of relief in the Petition are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 13th day of May, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -